IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LADELL MADLOCK,

    Plaintiff,

  v.

Case No. 19-cv-410-jdp

ROBERT SHANNON, DYLAN BAUSCH, and PENNY SKAIFE,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/16/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |